United States District Court
Southern District of Texas
**ENTERED**
October 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| R&S GROCERY AND MARKET, LLC | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | Civil Action No. 6:17-cv-00058 |
| | § | |
| ATAIN SPECIALTY INSURANCE CO. | § | |
| *Defendant*. | § | |

### ORDER OF REMAND

On this day, the Court considered Defendant Atain Specialty Insurance Company's Unopposed Motion to Remand. Upon review of the pleadings and argument of counsel, this Court finds the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the above captioned action be, and is hereby, remanded to the state court from which it was removed.

Signed on the **23** day of **Oct**, 2017.

UNITED STATES DISTRICT JUDGE